UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONY DALE PENWELL,

    Plaintiff,

v.

ROBIN CLEARY, et al.,

    Defendants.

Case No. 05-0831-JLR-JPD

ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION

On November 28, 2005, plaintiff filed a "motion for order of summary judgment objecting stay of [sic] procedure." Dkt. No. 22. Because the motion appears to challenge the Court's November 29th, 2005, order granting defendants' motion to stay this case, the Court construes the motion as one for reconsideration. Having carefully reviewed the motion and the record, the Court ORDERS as follows:

(1) Plaintiff's motion for reconsideration, Dkt. No. 22, is DENIED. Motions for reconsideration are disfavored and will ordinarily be denied in the "absence of a showing of manifest error . . . or a showing of new facts or legal authority which could not have been

ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION

PAGE -1


brought to [the Court's] attention earlier without reasonable diligence." Local Rule CR 7(h). Here, plaintiff has identified no error in the Court's order, nor presented any new facts or legal authority that were previously unavailable. To the contrary, the Court notes that the arguments contained in this motion are nearly identical to those already present in the record and that they should have been timely filed as an opposition to defendants' motion to stay this matter. Plaintiff's motion is therefore denied.

DATED this 5th day of December, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION

PAGE -2